# Court of Appeals
# of the State of Georgia

ATLANTA,  December 26, 2024

*The Court of Appeals hereby passes the following order:*

A25A0794. KEEGAN LEONARD v. BYRON STANTON MOORE.

The Effingham County Superior Court affirmed the probate court's dismissal of a petition for judicial review filed by Keegan Leonard. Leonard filed a notice of appeal to this Court to challenge the superior court's ruling. We, however, lack jurisdiction.

Appeals from decisions of the superior courts reviewing decisions of lower courts must come by discretionary application. See OCGA § 5-6-35 (a) (1).[1] Accordingly, Leonard was required to file an application for discretionary appeal in this Court. See OCGA § 5-6-35 (a) (1). Because he failed to do so, we lack jurisdiction

---

[1] OCGA § 5-6-35 (a) (1) does "not apply to decisions of . . . probate courts" in "[counties] having a population of more than 90,000 persons according to the United States decennial census of 2010 or any future such census[.]" OCGA § 15-9-120 (2). As of the 2020 census, Effingham County had a population of 64,769.

over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___12/26/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.